IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES LEE YEE

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. **3:11CV626**

**COUNTY OF ARLINGTION, VIRGINIA,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

On October 18, 2011, the Court conditionally docketed Yee's action. Yee has moved this Court for leave to proceed *in forma pauperis*. (Docket No. 4.) By Memorandum Order entered on November 16, 2011, the Court directed Yee to pay an initial partial filing fee of $50.25 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Yee has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Yee's motion to proceed *in forma pauperis* (Docket No. 4) will be DENIED.

Yee's disregard of the Court's directives warrants dismissal of the action. *See* Fed. R. Fed. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order shall issue.

Date: 1-24-12
Richmond, Virginia

/s/
James R. Spencer
United States District Judge